IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYREE TUCKER,<br>          Petitioner,<br><br>       v.<br><br>D.B. OBERLANDER,<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>          Respondents. | CIVIL ACTION<br><br><br><br>NO.  19-2534 |

## O R D E R

**AND NOW**, this 14th day of August, 2020, upon consideration of Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus, filed by *pro se* petitioner, Tyree Tucker (Document No. 2, filed June 10, 2019), the Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated December 13, 2019, and the Motion of Objections [sic] to U.S. Magistrate Judge Report and Recommendation dated for 12/13/19 (Document No. 15, filed March 9, 2020), **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated December 13, 2019, is **APPROVED** and **ADOPTED**;

2. Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus, filed by *pro se* petitioner, Tyree Tucker, is **DISMISSED** as untimely filed;

3. *Pro se* petitioner's Motion of Objections [sic] to U.S. Magistrate Judge Report and Recommendation dated for 12/13/19, treated as objections, are **OVERRULED** for the reasons stated in the Report and Recommendation with which the Court is in complete agreement. Specifically, the Court concludes that *pro se* petitioner is not entitled to statutory or equitable tolling of the statute of limitations.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to petitioner's claims.  See 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

                                            **BY THE COURT:**

                                            **/s/ Hon. Jan E. DuBois**

                                            **DuBOIS, JAN E., J.**